WINSTON & STRAWN LLP

Carey D. Schreiber
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Daniel J. McGuire  (*pro hac vice pending*)
Gregory M. Gartland
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone (312) 558-5600
Facsimile: (312) 558-5700

*Attorneys for Black Diamond Commercial Finance, L.L.C.*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>In re:<br><br>GSC GROUP, INC., et al.,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 10-14653 AJG<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE OF
## BLACK DIAMOND COMMERCIAL FINANCE, L.L.C,
## DEMAND FOR SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that Winston & Strawn LLP hereby appears in this proceeding on behalf of Black Diamond Commercial Finance, L.L.C. ("BDCF"), as a party in interest and demands, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure, that copies of all papers filed in this proceeding or in any related adversary proceedings be served on the individuals at the addresses set forth below:

---

[1] The Debtors along with the last four digits of each Debtor's federal tax identification number are GSC Group, Inc. (6382), GSCP, LLC (6520), GSC Active Partners, Inc. (4896), GSCP (NJ), Inc. (3944), GSCP (NJ) Holdings, L.P. (0940), GSCP (NJ), L.P. (0785), and GSC Secondary Interest Fund, LLC (6477).

| | |
|---|---|
| Carey D. Schreiber<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166-4193<br>Telephone: (212) 294-6700<br>Facsimile: (212) 294-4700<br>cschreiber@winston.com | Daniel J. McGuire<br>Gregory M. Gartland<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois 60601-9703<br>Telephone: (312) 558-5600<br>Facsimile (312) 558-5700<br>dmcguire@winston.com<br>ggartland@winston.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, BDCF, the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that BDCF intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit (a) BDCF's right to have final orders in non-core matters entered only after de novo review by a District Judge, (b) BDCF's right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) BDCF's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (d) any other rights, claims,

actions, defenses, setoffs, or recoupments to which BDCF is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments BDCF expressly reserves.

Dated: New York, New York
August 31, 2010

>WINSTON & STRAWN LLP
>
>By:/s/ Carey D. Schreiber
>Carey D. Schreiber
>200 Park Avenue
>New York, NY 10166-4193
>Telephone No.: (212) 294-6700
>Facsimile No.: (212) 294-4700
>
>Daniel J. McGuire (*pro hac vice pending*)
>Gregory M. Gartland
>35 West Wacker Drive
>Chicago, Illinois 60601-9703
>Telephone:     (312) 558-5600
>Facsimile:     (312) 558-5700
>
>*Attorneys for Black Diamond Commercial Finance, L.L.C.*

NY:1303185.1