WINSTON & STRAWN LLP

Carey D. Schreiber
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: cschreiber@winston.com

Daniel J. McGuire (*pro hac vice pending*)
35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dmcguire@winston.com

*Attorneys for Black Diamond Commercial Finance, L.L.C.*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> SOUTHERN DISTRICT OF NEW YORK <br> In re: <br><br> GSC GROUP, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 10-14653 AJG <br><br> (Joint Administration Requested) |

# MOTION FOR
## ADMISSION TO PRACTICE *PRO HAC VICE*

I, Daniel J. McGuire, request admission, ***pro hac vice***, before the Honorable Arthur J. Gonzalez, to represent Black Diamond Commercial Finance, L.L.C., an interested party in the above-referenced cases.

I certify that I am a member in good standing of the bar in the State of Illinois.

---

[1] The Debtors along with the last four digits of each Debtor's federal tax identification number are GSC Group, Inc. (6382), GSCP, LLC (6520), GSC Active Partners, Inc. (4896), GSCP (NJ), Inc. (3944), GSCP (NJ) Holdings, L.P. (0940), GSCP (NJ), L.P. (0785), and GSC Secondary Interest Fund, LLC (6477).

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: Chicago, Illinois
September 1, 2010

/s/ Daniel J. McGuire
Daniel J. McGuire
WINSTON & STRAWN LLP

35 West Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dmcguire@winston.com

Carey D. Schreiber
200 Park Avenue
New York, New York 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
Email: cschreiber@winston.com

*Attorneys for Black Diamond Commercial Finance, L.L.C.*

|  |  |  |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT | ) | Chapter 11 |
| SOUTHERN DISTRICT OF NEW YORK | ) | |
| In re: | ) | Case No. 10-14653 AJG |
|  | ) | |
| GSC GROUP, INC., <u>et</u> <u>al</u>.,[1] | ) | (Joint Administration Requested) |
|  | ) | |
| Debtors. | | |

## <u>ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*</u>

Upon the motion of Daniel J. McGuire, to be admitted, *pro hac vice*, to represent Black Diamond Commercial Finance, L.L.C., an interested party in the above-referenced cases, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Illinois, it is hereby

**ORDERED**, that Daniel J. McGuire is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: September __, 2010

 ARTHUR J. GONZALEZ
 CHIEF UNITED STATES BANKRUPTCY
 JUDGE

---

[1] The Debtors along with the last four digits of each Debtor's federal tax identification number are GSC Group, Inc. (6382), GSCP, LLC (6520), GSC Active Partners, Inc. (4896), GSCP (NJ), Inc. (3944), GSCP (NJ) Holdings, L.P. (0940), GSCP (NJ), L.P. (0785), and GSC Secondary Interest Fund, LLC (6477).

NY:1303200.1