**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022-4802
(212) 906-1200
David S. Heller, Esq.
Adam J. Goldberg, Esq.
Email: david.heller@lw.com
Email: adam.goldberg@lw.com

**LATHAM & WATKINS LLP**
233 S. Wacker Drive, Suite 5800
Chicago, IL 606060
(312) 876-7700
Douglas Bacon, Esq.
Email: douglas.bacon@lw.com

Counsel for Black Diamond Capital Management, L.L.C.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
GSC GROUP, INC., et al.                                     :   Case No. 10-14653 (AJG)
                                                            :   Jointly Administered
                             Debtor.         :
---------------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

      PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned case on behalf of Black Diamond Capital Management, L.L.C. and, pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of the Bankruptcy Code, hereby requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the person listed below at the following addresses, telephone and facsimile numbers:

David S. Heller, Esq.
Adam J. Goldberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864
Email: david.heller@lw.com
Email: adam.goldberg@lw.com

Douglas Bacon, Esq.
Latham & Watkins, LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
Email: douglas.bacon@lw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

Dated: September 3, 2010
New York, New York

**LATHAM & WATKINS LLP**

By: /s/ Adam J. Goldberg
David S. Heller, Esq.
Adam J. Goldberg, Esq.
885 Third Avenue, Suite 1000
New York, New York 10022
Tel: (212) 906-1200
Fax: (212) 751-4864

Douglas Bacon, Esq.
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767

Counsel for Black Diamond Capital
Management, L.L.C.