UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GSC GROUP, INC., et al.,[1] | ) ) | Case No. 10-14653 (AJG) |
| Debtors. | ) ) ) | Jointly Administered |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bennett G. Young, request admission, *pro hac vice*, before the Honorable Arthur J. Gonzalez, to represent Ambac Assurance Corp., a party in interest in the above-captioned chapter 11 cases. I certify that I am a member in good standing of the bar in the State of California and the bar of the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California.

I have submitted the filing fee of $25.00 with this motion for *pro hac vice* admission.

Dated: September 7, 2010          DEWEY & LEBOEUF LLP

By: /s/ Bennett G. Young
    Bennett G. Young
    One Embarcadero Center, Suite 400
    San Francisco, California 94111
    Tel: (415) 951-1100
    Fax: (415) 951-1180
    E-mail: byoung@dl.com

Counsel for Ambac Assurance Corp.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GSC Group, Inc. (6382), GSCP, LLC (6520), GSC Active Partners, Inc. (4896), GSCP (NJ), Inc. (3944), GSCP (NJ) Holdings, L.P. (0940), GSCP (NJ), L.P. (0785), and GSC Secondary Interest Fund, LLC (6477).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GSC GROUP, INC., et al.,[1] | ) ) | Case No. 10-14653 (AJG) |
| Debtors. | ) ) ) | (Joint Administration Requested) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Bennett G. Young, to be admitted, *pro hac vice*, to represent Ambac Assurance Corp., a party in interest in the above-captioned chapter 11 cases, and upon the movant's certification that he is a member in good standing of the bar in the State of California and the bar of the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, it is hereby:

ORDERED, that Bennett G. Young, Esq., is admitted to practice, *pro hac vice*, in the above-captioned cases to represent Ambac Assurance Corp. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2010
New York, New York

_____
HONORABLE ARTHUR J. GONZALEZ
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GSC Group, Inc. (6382), GSCP, LLC (6520), GSC Active Partners, Inc. (4896), GSCP (NJ), Inc. (3944), GSCP (NJ) Holdings, L.P. (0940), GSCP (NJ), L.P. (0785), and GSC Secondary Interest Fund, LLC (6477).