Gregory M. Petrick
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666

- and-

Mark C. Ellenberg (*pro hac vice* pending)
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400

Attorneys for Starbird Funding Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GSC Group, Inc., et al.,[1] | Case No. 10-14653 (AJG) |
| Debtors. | Jointly Administered |

**OBJECTION OF STARBIRD FUNDING CORPORATION TO DEBTORS' MOTION FOR ENTRY OF (I) AN ORDER APPROVING (A) BIDDING PROCEDURES, (B) FORM AND MANNER OF NOTICE OF SALE, AND (C) PROCEDURES FOR DETERMINING CURE AMOUNTS, AND (II) AN ORDER AUTHORIZING (A) SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, AND (B) ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS TO SUCCESSFUL BIDDER(S)**

Starbird Funding Corporation, an investor in Class A-1 of GSC Partners CDO Fund VII, Limited ("Starbird"), and a party-in-interest in the above-captioned chapter 11 cases, hereby objects (the "Objection") to the *Debtors' Motion for Entry of (I) an Order Approving (A)*

---

[1] The Debtors along with the last four digits of each Debtor's federal tax identification number are GSC Group, Inc. (6382), GSCP, LLC (6520), GSC Active Partners, Inc. (4896), GSCP (NJ), Inc. (3944), GSCP (NJ) Holdings, L.P. (0940), GSCP (NJ), L.P. (0785), and GSC Secondary Interest Fund, LLC (6477).

*Bidding Procedures, (B) Form and Manner of Notice of Sale, and (C) Procedures for Determining Cure Amounts, and (II) an Order Authorizing (A) Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (B) Assumption and Assignment of Executory Contracts to Successful Bidder(s),* filed in the above-captioned chapter 11 cases on September 3, 2010 [Docket No. 24] (the "Motion") for the reasons set forth in the Objection of Polygon Global Opportunities Master Fund to the Motion. Starbird hereby reserves the right to amend and supplement this Objection, and to object to the Motion on any other grounds.

      WHEREFORE, Starbird respectfully requests that this Court enter an Order modifying the Bidding Procedures or granting such other and further relief as is just and proper.

Dated: September 13, 2010
       New York, New York

CADWALADER, WICKERSHAM & TAFT LLP

*/s/ Gregory M. Petrick*
Gregory M. Petrick
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Gregory.Petrick@cwt.com

- and -

Mark C. Ellenberg
700 Sixth Street, N.W.
Washington, DC 20001
Telephone: (202) 862-2200
Facsimile: (202) 862-2400
Mark.Ellenberg@cwt.com

Attorneys for Starbird Funding Corporation