KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Michael B. Solow
Seth J. Kleinman

-and-

70 West Madison Street, Suite 4100
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
D. Tyler Nurnberg (admitted *pro hac vice*)
Matthew J. Micheli (admitted *pro hac vice*)

Proposed Attorneys for Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GSC GROUP, INC., <u>et al</u>.,[1] | Case No. 10-14653 (AJG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF REVISED BIDDING PROCEDURES ORDER

**PLEASE TAKE NOTICE** that on August 31, 2010, GSC Group, Inc. ("GSC

Group") and certain of its direct or indirect subsidiaries and affiliates (collectively, the

"Debtors"), each filed a voluntary petition for relief under title 11 of the United States Code

11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") with the clerk of the United States Bankruptcy

Court for the Southern District of New York. The Debtors are continuing to operate their

---

[1] The Debtors along with the last four digits of each Debtor's federal tax identification number are GSC Group, Inc. (6382), GSCP, LLC (6520), GSC Active Partners, Inc. (4896), GSCP (NJ), Inc. (3944), GSCP (NJ) Holdings, L.P. (0940), GSCP (NJ), L.P. (0785), and GSC Secondary Interest Fund, LLC (6477).

business and manage their affairs as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, on September 2, 2010, the Debtors filed the Debtors' Motion For Entry Of (I) An Order Approving (A) Bidding Procedures, (B) Form and Manner Of Notice of Sale, and (C) Procedures for Determining Cure Amounts, and (II) An Order Authorizing (A) Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (B) Assumption and Assignment of Executory Contracts to the Successful Bidder(s) [Doc. No. 24] (the "Sale Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised Exhibits A, B, C and D to the Sale Motion. Attached hereto as (a) Exhibit A is a revised (clean and blackline) version of the Bidding Procedures Order, (b) Exhibit B is a revised (clean and blackline) version of the Bidding Procedures, (c) Exhibit C is a revised (clean and blackline) version of Assumption and Cure Notice and (d) Exhibit D is a revised (clean and blackline) version of the Sale Notice.[2]

**PLEASE TAKE FURTHER NOTICE** that copies of this Notice are posted on the Court's electronic case management website at http://ecf.nysb.uscourts.gov and the Debtors' claims agent's website at http://dm.epiq11.com/GSCGroup.

[*Remainder of page left blank intentionally*]

---

[2] The blackline copies are marked to reflect changes made to the versions filed on September 2, 2010 [Docket No. 24].

Dated: September 14, 2010
      New York, New York

                                Respectfully submitted,
                                **GSC GROUP, INC., ET AL.,**

                                KAYE SCHOLER LLP

                                By: _/s/ Michael B. Solow_
                                Michael B. Solow
                                Seth J. Kleinman
                                425 Park Avenue
                                New York, NY 10022
                                Telephone: (212) 836-8000
                                Facsimile: (212) 836-8689

                                -and-

                                D. Tyler Nurnberg (admitted _pro hac vice_)
                                Matthew J. Micheli (admitted _pro hac vice_)
                                70 West Madison Street, Suite 4100
                                Chicago, IL 60602
                                Telephone: (312) 583-2300
                                Facsimile: (312) 583-2360

                                Proposed Attorneys for the Debtors
                                and Debtors-in-Possession