UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

| | |
|---|---|
| In Re:<br><br>**GSC Group, Inc.**<br>Debtors: | Chapter 11 Case No.<br>10-14653(AJG) |

## CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED DECEMBER 6, 2010 DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.