KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Michael B. Solow
Seth J. Kleinman

-and-

70 West Madison Street, Suite 4100
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
D. Tyler Nurnberg
Matthew J. Micheli

Attorneys for Debtors
and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GSC GROUP, INC., et al.,[1] | ) | Case No. 10-14653 (AJG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON DECEMBER 15, 2010 AT 10:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are GSC Group, Inc. (6382), GSCP, LLP (6520), GSC Active Partners, Inc. (4896), GSCP (NJ), Inc. (3944), GSCP (NJ) Holdings, L.P. (0940), GSCP (NJ), L.P. (0785), and GSC Secondary Interest Fund, LLP (6477).

I.   ADJOURNED MATTERS

   A.   Eckert Settlement Motion:  Debtors' Motion Pursuant to Bankruptcy Rule 9019 for Approval of Settlement with Alfred C. Eckert III [Doc. No. 210, Filed on November 19, 2010]

      i.   Related Document: Debtors' Amended Motion Pursuant to Bankruptcy Rule 9019 for Approval of Settlement with Alfred C. Eckert III [Doc. No. 275, Filed on December 3, 2010]

      ii.  Status:  The hearing on this matter is being adjourned to a date to be determined.  No objections were received by the objection deadline and the objection deadline has expired.  Notwithstanding the foregoing, the objection deadline is extended solely for the Non-Controlling Lenders and the office of the United States Trustee.

   B.   Frank Consulting Agreement: Debtors' Motion for Authority to Enter into a Post-Sale Consulting Agreement with Peter Frank

      i.   Status:  The hearing on this matter is being adjourned to a date to be determined.  No objections were received by the objection deadline and the objection deadline has expired.  Notwithstanding the foregoing, the objection deadline is extended solely for office of the United States Trustee.

II.  UNCONTESTED MATTERS

   A.   E&Y Retention Motion:  Application of the Debtors for an Order Authorizing the Employment and Retention of Ernst & Young LLP as Auditor and Tax Services Provider for the Debtors and Debtors in Possession *Nunc Pro Tunc* to the Petition Date [Doc. No. 156, Filed on October 12, 2010]

      i.   Related Documents

         1.  A supplemental Berman Declaration and a revised proposed order will be filed prior to the hearing.

      ii.  Responsible Counsel:  Kaye Scholer LLP

      iii. Estimated Amount of Time:  Approximately 5 minutes

      iv.  Status:  The matter will go forward at the hearing.

B.  Motion to Extend Lease Assumption or Rejection Deadlines: Debtors' Motion for an Order Extending the Time in Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property [Doc. No. 207, Filed on November 19, 2010]

   i. Responsible Counsel:  Kaye Scholer LLP

   ii. Estimated Amount of Time:  Approximately 5 minutes

   iii. Status:  The matter will go forward at the hearing.

C.  Motion to Extend Exclusivity Deadlines: Debtors' Motion for Entry of an Order Extending the Exclusive Periods During Which Only the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Doc. No. 208, Filed on November 19, 2010]

   i. Responsible Counsel:  Kaye Scholer LLP

   ii. Estimated Amount of Time:  Approximately 5 minutes

   iii. Status:  The matter will go forward at the hearing.

D.  Motion to Extend Removal Deadlines: Debtors' Motion for Entry of an Order Extending Time to File Notices of Removal of Actions [Doc. No. 209, Filed on November 19, 2010]

   i. Responsible Counsel:  Kaye Scholer LLP

   ii. Estimated Amount of Time:  Approximately 5 minutes

   iii. Status:  The matter will go forward at the hearing.

[*Remainder of page left blank intentionally*]

Dated: December 13, 2010
      New York, New York

        Respectfully submitted,
        **GSC GROUP, INC., ET AL.,**

        KAYE SCHOLER LLP

        By: */s/ Michael B. Solow*
        Michael B. Solow
        Seth J. Kleinman
        425 Park Avenue
        New York, NY 10022
        Telephone: (212) 836-8000
        Facsimile: (212) 836-8689

        -and-

        D. Tyler Nurnberg
        Matthew J. Micheli
        70 West Madison Street, Suite 4100
        Chicago, IL 60602
        Telephone: (312) 583-2300
        Facsimile: (312) 583-2360

        Attorneys for the Debtors
        and Debtors-in-Possession