# Minutes of Proceedings

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x
Date:    **January 5, 2011**      :
------------------------------------------------------------------------------------x
In re:      :
      :    Case No. 10-14653 **(AJG)**
IN RE GSC GROUP et. al.,    :    (Jointly Administered)
      Debtors.    :
------------------------------------------------------------------------------------x

Present:    Hon. Arthur J. Gonzalez
        Chief Bankruptcy Judge

Appearances:

| | |
|---|---|
| Kaye Scholer, LLP<br>Attorneys to GSC Group, Inc.<br>425 Park Avenue<br>New York, New York, 10022<br>    By:    Matthew J. Micheli, Esq.<br>           Michael B. Solow, Esq.<br>              Of Counsel | Office of the U.S. Trustee<br>U.S. Department of Justice<br>33 Whitehall Street, 21st Floor<br>New York, New York, 10004<br>    By:    Andrea B. Schwartz, Esq.<br>           Serene K. Nakano, Esq.<br>              Of Counsel |
| Latham & Watkins, LLP<br>Attorneys for Black Diamond Capital<br>        Management, LLC<br>885 Third Avenue<br>New York, New York 10022<br>    By:    J. Douglas Bacon, Esq.<br>              Of Counsel | Winston & Strawn, LLP<br>Attorneys for Black Diamond Commercial<br>        Finance, LLC<br>200 Park Avenue<br>New York, New York 10166<br>    By:    Carey D. Schreiber, Esq.<br>           Daniel J. McGuire, Esq.<br>           Gregory M. Gartland, Esq.<br>              Of Counsel |
| White & Case, LLP<br>Attorneys for the Non-Controlling Lender Group<br>1155 Avenue of the Americas<br>New York, New York 10036<br>    By:    J. Christopher Shore, Esq.<br>           Evan C. Hollander, Esq.<br>           Abraham L. Zylerberg, Esq.<br>              Of Counsel | |

**Proceedings:**    ☒    **Motion of the Non-Controlling Lender Group for Order Appointing a Trustee Pursuant to 11 U.S.C. §1104(b) (the "Motion")**

**Orders:**    ☒    **For the reasons set forth on the record, the Motion is granted.**

_____

    FOR THE COURT: Vito Genna, Clerk of the Court

    BY THE COURT:

    *s/Arthur J. Gonzalez*        1/05/2011        _____
    Chief United States Bankruptcy Judge    Date        Courtroom Deputy