UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------x
                                    :
In re                               :          Chapter 11
                                    :
GSC GROUP, INC., et al.,            :          Case No. 10-14653 (AJG)
                                    :
                                    :          (Jointly Administered)
                        Debtors.    :
                                    :
-------------------------------------------------------x
```

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon the United States Trustee's Application for Order Approving Appointment of A Chapter 11 Trustee, dated January 7, 2011; and it appearing that James L. Garrity, Jr., a disinterested person within the meaning of Section 101(14) of title 11, United States Code (the "Bankruptcy Code"), has been appointed by the United States Trustee as Chapter 11 trustee in the captioned cases for GSC Group, Inc. and its affiliated debtors (collectively, the "Debtors"), and after due deliberation and sufficient cause appearing thereof; it is hereby:

ORDERED, that the appointment of James L. Garrity, Jr., as Chapter 11 trustee, is approved in the bankruptcy cases of the Debtors, pursuant to Section 1104(d) of the Bankruptcy Code.

Dated: New York, New York
      January 7, 2011

                    **s/Arthur J. Gonzalez**
                    HONORABLE ARTHUR J. GONZALEZ
                    CHIEF UNITED STATES BANKRUPTCY JUDGE